

1   Young Lee
    2244 Shapiro St.
2   Fullerton, CA 92833

3
    *In Pro Per*
4

5

6                    **UNITED STATES BANKRUPTCY COURT**

7                     **CENTRAL DISTRICT OF CALIFORNIA**

8
    IN RE: YOUNG S. LEE                    )   **Case #:**
9                                          )
    *Debtor,*                              )   **BK Case #: 2:14-bk-26377-SK**
10                                         )
                                           )   **Superior Court Case #: 30-2018-01013258-**
11                                         )   **CL-UD-NJC**
    U.S. BANK TRUST, N.A. AS TRUSTEE       )
12  FOR LSF9 MASTER PARTICIPATION          )   **ADVERSARY PROCEEDING**
    TRUST                                  )
13                                         )   **NOTICE OF REMOVAL UNDER 28**
                                           )   **U.S.C. §§ 1332, 1391, 1441(a) and 1446**
14                 *Plaintiff,*            )        *1452*
                                           )
15                 vs.                     )
                                           )
16  DOO M. KO; YOUNG LEE; and DOES 1-6,    )
17  inclusive                             )
                   *Defendant.*            )
18                                         )
                                           )
19                                         )
                                           )
20  _____   )

21

22          TO: THE HONORABLE JUDGES OF THE UNITED STATESBANKRUPTCY

23  COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS

24  ATTORNEYS OF RECORD,

25          Pursuant to 28 U.S.C. §§ 1332, 1391, 1441(a), 1452 and 1446, the Defendant, Young

26  Lee, Pro Se, files this Notice of Removal of this case from the Superior Court of California,

27  County of Orange, to the United States District Court for the Central District of California. In

28  support of this Notice of Removal, Defendant states as follows:


                    COMPLAINT REMOVING TO FEDERAL COURT- 1

## CASE BACKGROUND AND FOUNDATION FOR REMOVAL

1. On or about August 20, 2018, Plaintiff commenced an action in the Superior Court of California, in Orange County against the Defendant(s)/Cross Plaintiff. Defendant(s)/Cross Plaintiff currently has a pending Complaint filed against the Plaintiff for Wrongful Eviction and/or Wrongful Foreclosure and Sale of his property for Fraud, Fraudulent Inducement, Breach of Contract, Breach of Fiduciary Duty, Conspiracy, Various Violations of the California Civil Code, Declaratory Relief, Intentional Misrepresentation and other causes of action against the Plaintiff of this case and various other lending institutions that did not have proper title to Defendant's Property.

2. Defendant(s)/Counter Plaintiff presently seeks judgment against Plaintiff for injuries that Defendant/Counter Plaintiff allegedly suffered as a result of various violations under the Fair Debt Collection Practices Act. Defendant(s)/Counter Plaintiff's claims against Plaintiff are based on Plaintiff's alleged misrepresentation of the amount of debt due, and their own fraudulent actions.

3. True and correct copies of the Summons, Complaint and other pleadings or orders are Attached as Exhibit "A" and incorporated by reference.

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action based upon the Federal Debt Collection Practices Act.

5. Venue is proper in this Court because the State Court Action is pending in the Superior Court of California, Orange County. See 28 U.S.C. § 1441(a).

**COMPLETE DIVERSITY OF CITIZENSHIP**

6. There is complete diversity of citizenship between the parties.

    a) Plaintiff is incorporated in a state other than California and its principal place of business are located in states other than California. Thus, Plaintiff is not a citizen of California.

    b) Defendant/Counter Plaintiff is a citizen of California, residing in Orange County.

**AMOUNT IN CONTROVERSY EXCEEDS $75,000.00**

7. Plaintiff does not quantify the amount of damages they seek to recover in this case. See Complaint, Prayers for Relief. From the face of the Complaint, however, it is apparent that the amount in controversy more likely than not exceeds $75,000.00, exclusive of interest and costs.

8. "The amount in controversy is ordinarily determined by the allegations of the Complaint, Or, where they are not dispositive, by the allegations in the Notice of Removal". See Laughlin v. Kmart Corp., 50 F.3d 871, 873 (10th Cir.), cert. denied, 516 U.S. 863 (1995).

9. When the plaintiff's damages are unquantified in the Complaint, the amount in Controversy can be established by allegations in the Removal Notice by reference to allegations on the face of the Complaint. Cf. Martin v. Franklin Capital Corp., 251 F.3d 1284, 1290 (10th Cir. 2001). More specifically, the amount in controversy requirement can be satisfied by showing that it is facially apparent from the Complaint that the claims more likely than not exceed $75,000.00. See Allen v. R&H Oil and Gas Co., 63 F.3d 1326, 1335 (5th Cir. 1995); accord Singer v. State Farm Mutual Automobile Ins. Co., 116 F.3d 373, 377 (9th Cir. 1997); See also Gilmer v. The Walt Disney Co., et al., 915 F. Supp. 1001, 1007 (W.D. Ark. 1996).

10. Here, the amount in controversy more like than not exceeds $75,000.00 based on Plaintiff's claims, their alleged injuries and the recovery sought.

11. Defendant(s)/Counter Plaintiff denies the allegations in the Complaint. Taking those Allegations on their face as true, however, as this Court must do for the purpose of determining the propriety of removal, it is clear that Plaintiff's claims, as evidenced by the documents attached hereto as Exhibit "A" demonstrate an amount in controversy in excess of $75,000.00.

12. Given the complete diversity of the real parties and an amount in the controversy in excess of $75,000.00, <u>this Court has jurisdiction over the causes of action and claims asserted in the State Court Action pursuant to 28 U.S.C. § 1332, and this action properly is removable pursuant to 28 U.S.C. § 1441 and 1452.</u>

13. Diversity jurisdiction further exists in this case based on the following:

    A.  The Plaintiff U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST ("U.S. BANK TRUST"), cannot state a claim for return of, damages to or diminution in volume of assets it does not own, or can prove ownership.

    B.  Based on its lack of ownership of the subject property, the Plaintiff, U.S. BANK TRUST, has no standing to bring the claims set forth in their Complaint or Motion. Trustee's Deed Upon Sale was void. Foreclosure Sale based on break in the chain of title of the loan and deed of trust. U.S. Bank Trust therefore failed to prove that it had standing as the holder of the note when it commenced the action. U.S. Bank Trust has no standing because there was no proof of ownership of the note

    C.  Due to the fact that the Plaintiff U.S. BANK TRUST, cannot state a claim upon which relief may be granted, the only proper parties to this action are the Defendant/Cross Plaintiff.

14. If the party with no standing is disregarded, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this case may be removed to this Court pursuant to 28 U.S.C. § 1441(a).

**OTHER ISSUES**

15. This Notice of Removal is timely filed.  See 28 U.S.C. § 1446(b).

16. This Notice of Removal has been served on Plaintiff.  A Notice of Filing of Notice of Removal to Federal Court (attached as Exhibit "A") will be filed in the Superior Court of California, County of Orange  as soon as this Notice of Removal has been filed in this Court.

17. A copy of the record maintained by the Clerk of the Superior Court, County of Orange, California is attached to this Notice of Removal as Exhibit "A".

**CONCLUSION**

Because Plaintiff and Defendant are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, this Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C.  § 1332.  Defendants are therefore entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441.

Wherefore, Defendant requests that the action now pending before the Superior Court of California, County of Orange, California, Civil Action No. 30-2018-01013258-CL-UD-NJC, be removed to this Court.

Dated: November 28, 2018

Young Lee, In Pro Per

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit "A"

1  Young Lee
   2244 Shapiro St.
2  Fullerton, CA 92833

3  In Pro Per

4

5              **SUPERIOR COURT, STATE OF CALIFORNIA**
                 **FOR THE COUNTY OF ORANGE**
6

7

8  U.S. BANK TRUST, N.A. AS          )  Case No. 30-2018-01013258-CL-UD-
   TRUSTEE FOR LSF9 MASTER           )  NJC
9  PARTICIPATION TRUST,              )

10                                    )
          Plaintiff,                  )
11                                    )  **DEFENDANT´S NOTICE OF FILING**
             vs.                      )  **NOTICE OF REMOVAL TO FEDERAL**
12                                    )  **COURT**
   DOO M. KO; YOUNG LEE; and DOES    )
13  1-6, inclusive                    )

14                                    )
          Defendant,                  )
15                                    )

16                                    )

17                                    )

18

19    TO: THE CLERK OF THE ABOVE-ENTILED COURT, AND COUNSEL OF
   RECORD PLEASE TAKE NOTICE that Defendant,today filed in the
20  office of clerk of the United States District court for the
   Central District of California, a Notice and Petition removing
21  the above-captioned pending action to The united states
22  District Court.

23  **FEDERAL CASE#** _____

24
        Pursuant to 28 U.S.C. 1452 and 1446(d), the filing of The
25
   Petition for Removal with the clerk of the District Court
26
   together with giving of this notice **"shall effect the removal**
27
   **and The State Court shall proceed no further unless and until**
28

                    COMPLAINT REMOVING TO FEDERAL COURT- 7

**the case is remanded"** by the United States Court for The Central District of California.

Date: November 28, 2018

_____
Young Lee, In Pro Per

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that on November 28, 2018, he served a copy of:

## NOTICE OF REMOVAL

By placing said copy in an envelope addressed to the person(s) hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Fontana, California.

Naiman Law Group, Professional Corporation

4660 La Jolla Village Drive, Suite 650

San Diego, CA 92122

Dated: 11/28/2018

David Park

SUM-130

# SUMMONS
## *(CITACION JUDICIAL)*
### UNLAWFUL DETAINER—EVICTION
### *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DOO M. KO; YOUNG LEE; and DOES 1 to 6, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**08/20/2018** at 01:46:05 PM
Clerk of the Superior Court
By Diana Cuevas,Deputy Clerk

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>1275 N. Berkeley Avenue<br>Fullerton, CA  92838-0500<br>NORTH JUSTICE CENTER | CASE NUMBER:<br>30-2018-01013258-CL-UD-NJC |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Randall D. Naiman, Esq. (#81048)          (858) 224-6800
Naiman Law Group, PC          (858) 224-6801
4660 La Jolla Village Drive, Suite 650
San Diego, CA 92122

3. *(Must be answered in all cases!)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415)  [X] did not  [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

D.Cuevas

| | | | |
|---|---|---|---|
| Date: 08/20/2018<br>*(Fecha)* | David H. Yamasaki, Clerk of the Court | Clerk, by _____ *(Secretario)* | _____, Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)             [ ] other *(specify):*

5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal
Solutions
Le Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

**SUM-130**

| | |
|---|---|
| PLAINTIFF (Name): U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br>DEFENDANT (Name): DOO M. KO; YOUNG LEE; and DOES 1 to 6, inclusive | CASE NUMBER: |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date):*

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Randall D. Naiman, Esq. (#81048)<br>Naiman Law Group, PC<br>4660 La Jolla Village Drive<br>Suite 650<br>San Diego, CA 92122<br>TELEPHONE NO.: (858) 224-6800    FAX NO.: (858) 224-6801<br>ATTORNEY FOR (Name): U.S. BANK TRUST, N.A., AS TRUSTEE FOR | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br>**08/20/2018** at 01:46:05 PM<br>Clerk of the Superior Court<br>By Diana Cuevas,Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ORANGE**
STREET ADDRESS: COUNTY OF ORANGE
MAILING ADDRESS: 1275 N. Berkeley Avenue
CITY AND ZIP CODE: Fullerton, CA 92838-0500
BRANCH NAME: NORTH JUSTICE CENTER

CASE NAME:    U.S. BANK v. KO

| CIVIL CASE COVER SHEET | Complex Case Designation | 30-2018-01013258-CL-UD-NJC |
|---|---|---|
| ☐ Unlimited  ☒ Limited<br>(Amount          (Amount<br>demanded       demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is  ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel    e. ☐ Coordination with related actions pending in one or more courts
      issues that will be time-consuming to resolve         in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action (specify):  1
5. This case ☐ is  ☒ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. (You may use form CM-015.)
Date: August 17, 2018

Randall D. Naiman, Esq. (#81048)
_____     _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Legal<br>Solutions<br>Plus | Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach—Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case (non-tort/non-complex)
  Other Civil Complaint
    (non-tort/non-complex)
**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late
    Claim
  Other Civil Petition

1   Randall D. Naiman, Esq. - State Bar No. 81048

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

    NAIMAN LAW GROUP,
2   Professional Corporation

06/20/2018 at 01:46:05 PM

    4660 La Jolla Village Drive, Suite 650
3   San Diego, California 92122

Clerk of the Superior Court
By Diana Cuevas,Deputy Clerk

    (858) 224-6800 (telephone)
4   (858) 224-6801 (facsimile)

5   Attorney for Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
    PARTICIPATION TRUST

6

7

8                SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

9                            NORTH JUSTICE CENTER

10

11  U.S. BANK TRUST, N.A., AS TRUSTEE         )   Case No.:  30-2018-01013258-CL-UD-NJC
    FOR LSF9 MASTER PARTICIPATION             )
12  TRUST                                     )   LIMITED CIVIL CASE
                                              )
13             Plaintiff,                     )   COMPLAINT FOR UNLAWFUL
                                              )   DETAINER
14                                            )
        vs.                                   )   AMOUNT DEMANDED DOES NOT
15                                            )   EXCEED $10,000.00
                                              )
16  DOO M. KO; YOUNG LEE; and DOES 1 to       )   Action based on Code of Civil Procedure
    6, inclusive                              )   Section 1161a
17                                            )
               Defendants.                    )   Foreclosure
18                                            )

19

20      Plaintiff alleges:

21      1.      This court is the proper court for this action because:

22      a.      Each Defendant resides and/or conducts business in the area served by this Court;

23      b.      The real property which is the subject of this action, 2244 Shapiro Street, Fullerton,

24  CA 92833, and as more particularly described as Assessor Parcel Number 280-331-67, and as set

25  forth in the legal description attached hereto as Exhibit "A" and incorporated herein by this

26  reference (hereinafter "the Property"), is located in the area served by this Court; and

27      c.      The amount of damages claimed in this action does not exceed $10,000.00.

28

                                    1

                          Complaint For Unlawful Detainer

1    2.    Plaintiff is informed and believes and thereon alleges that Defendant(s) Doo M. Ko

2   and Young Lee (hereinafter "Defendant(s)") at all times herein mentioned is/are currently

3   resident(s) of the County of Orange, State of California, and reside within the jurisdictional

4   boundaries of this Court.

5    3.    The true names and capacities of Does 1 through 6, inclusive, are presently

6   unknown to Plaintiff, who therefore sues such Defendant(s) under such fictitious names pursuant

7   to Section 474 of the Code of Civil Procedure.  Plaintiff is informed and believes, and on such

8   information and belief, alleges that each such "Doe" Defendant is in possession of the Property,

9   without the permission or consent of Plaintiff, and Plaintiff will amend this complaint to state the

10   true names and capacities of said Defendant(s) when the same have been ascertained.

11    4.    Plaintiff is informed and believes, and thereon alleges that the Defendant(s) and

12   each of them, are, and at all times mentioned herein were, the agent, servant and employee of each

13   of the other Defendant(s), and in doing the things herein alleged, were acting within the course and

14   scope of said agency and employment.

15    5.    Plaintiff is the owner of and entitled to immediate possession of the Property.

16   Defendant, and each of them, are and remain in possession of the Property.

17    6.    On or about September 25, 2017, the Property was sold to Plaintiff at a trustee's

18   sale following foreclosure proceedings.  Said foreclosure and all notices preceding said foreclosure

19   were done in compliance with Section 2924 et. seq. of the California Civil Code, under power of

20   sale contained in a deed of trust executed by Doo M. Ko, an unmarried man, and title under the

21   sale was duly perfected in Plaintiff by the recording of a Trustee's Deed Upon Sale in the Official

22   Records, County of Orange.  A true and correct copy of the Trustee's Deed Upon Sale is attached

23   to this complaint as Exhibit "B" and incorporated herein by this reference.

24    7.    On May 18, 2018, Defendant(s), and each of them, were served with a ninety-day

25   written notice to vacate and deliver up possession of the Property to Plaintiff ("Notice") and the

26   cover sheet described in California Code of Civil Procedure section 1161c ("Cover Sheet").  The

27   Notice and Cover Sheet were served in accordance with California Code of Civil Procedure section

28

2

Complaint For Unlawful Detainer

1  1162. True and correct copies of the Notice, Cover Sheet, and Proof(s) of Service thereof are

2  attached to this complaint collectively as Exhibit "C" and incorporated herein by this reference.

3      8.    More than ninety (90) days have elapsed since the service of the Notice, but

4  Defendant(s), and each of them, have failed and refused to deliver up possession of the Property to

5  Plaintiff.

6      9.    Defendant(s) continue in possession of the Property without Plaintiff's permission

7  or consent.

8      10.    On information and belief, Defendant(s) are not tenants under a fixed term lease for

9  the Property with a remaining term that expires more than ninety days after service of the Notice.

10     11.    The reasonable rental value of the use and occupancy of the Property is at least

11  $50.00 per day, and damages to Plaintiff caused by Defendant(s)' unlawful detention thereof has

12  accrued at said rate since August 17, 2018, and will continue to accrue at said rate so long as

13  Defendant(s) remain in possession of the Property.

14     WHEREFORE, Plaintiff prays judgment against Defendant(s) as follows:

15     1.    For restitution of the Property;

16     2.    For damages in the amount of at least $50.00 per day from August 17, 2018,

17  through the date of entry of judgment;

18     3.    For costs of suit incurred herein; and,

19     4.    For such other and further relief as the court may deem just and proper.

20

21  Dated: August 17, 2018              NAIMAN LAW GROUP,
                                        Professional Corporation
22

23

24                          By: _____
                                Randall D. Naiman, Esq.
25                              Attorney for Plaintiff U.S. BANK TRUST, N.A., AS
                                TRUSTEE FOR LSF9 MASTER
26                              PARTICIPATION TRUST

27

28

3

Complaint For Unlawful Detainer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VERIFICATION

I, the undersigned, say:

That I am the attorney for Plaintiff in this action.  The Plaintiff is absent from the County of San Diego, California, where I have my office in that Plaintiff's headquarters are not located in this county, or the Plaintiff is otherwise unable to verify this pleading as of the date set forth hereinbelow, and I make this verification for and on behalf of the party for that reason. I have read the foregoing complaint for unlawful detainer and know its contents.  I am informed and believe, and on that ground, allege that the matters stated in it are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2018, at San Diego, California.

NAIMAN LAW GROUP,
Professional Corporation

By: _____
Randall D. Naiman, Esq.
Attorney for Plaintiff **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**

## EXHIBIT "A"

PARCEL 1:  LOT 42 OF TRACT NO. 16135, IN THE CITY OF FULLERTON, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP ("MAP") RECORDED IN BOOK 825, PAGES 12 TO 18 INCLUSIVE OF MISCELLANEOUS MAPS,  RECORDS OF ORANGE COUNTY, CALIFORNIA. EXCEPTING THEREFROM A/AN 50% INTEREST IN ALL OIL, OIL RIGHTS, NATURAL GAS

RIGHTS, MINERAL RIGHTS,  ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL RIGHTS THERETO, WITHOUT HOWEVER,  ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING BENEATH A  DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED  BY  DEED RECORDED. EXCEPTING THEREFROM A/AN 50% INTEREST IN ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS,  ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL RIGHTS THERETO, WITHOUT HOWEVER,  ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING BENEATH A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED.  PARCEL 2:  NON-EXCLUSIVE EASEMENTS FOR ACCESS, DRAINAGE, ENCROACHMENT, MAINTENANCE AND REPAIR, ALL AS MAY BE  SHOWN ON THE MAP AND AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND  RESTRICTIONS AND RESERVATION OF EASEMENTS FOR AMERIGE HEIGHTS  ("MASTER DECLARATION"), RECORDED JUNE 21, 2002, AS INSTRUMENT NO. 02-522398, AND THE NOTICE OF ADDITION OF PHASE AND SUPPLEMENTAL  MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATIONS OF EASEMENTS FOR AMERIGE HEIGHTS TALMEDGE, PHASE 10 LOTS 41 THROUGH 46, INCLUSIVE, 98, 95, 109 AND MASTER COMMON AREA LOTS E, F, G, H, I, J AND K OF TRACT NO. 16135, AND LOT B OF TRACT NO. 16205) RECORDED  JULY  1, 2003, AS INSTRUMENT NO. 03-775473 ("NOTICE OF ADDITION"), BOTH OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.  PARCEL 3:  EXCLUSIVE USE EASEMENT FOR SIDEYARD PURPOSES, AS APPLICABLE, AS DESCRIBED AND ASSIGNED IN THE  MASTER DECLARATION.

EXHIBIT A

Recorded in Official Re cords, Orange County
Hugh Nguyen, Clerk-Recorder

|||||||||||||||||||||||||||||||||||||| 15.00
* S R 0 0 0 9 6 0 9 4 5 7 S *
**2017000423314 3:21 pm 10/04/17**
47 NC-5 T09 P13   3
0.00 0.00 0.00 0.00 6.00  0.00 0.00 0.00

Recording requested by:

And when recorded mail to:

Caliber Home Loans
Attention: Collateral Team
13801 Wireless Way
Oklahoma City, OK 73134-2500

Forward tax statements to the address given above

---

TS No.: CA-17-770718-AB                             Space above this line for recorders use
Order No.: 170187408-CA-VOI

---

# Trustee's Deed Upon Sale

A.P.N.: 280-331-67

Exempt pursuant to Cal Rev and Tax Code §11926

THE UNDERSIGNED GRANTOR DECLARES:
The Grantee Herein IS the Foreclosing Beneficiary
The amount of the unpaid debt together with costs was:                 $1,425,631.44
The amount paid by the grantee at the trustee sale was:                $1,425,631.44
The documentary transfer tax is:                                        NONE
Said property is in the City of: FULLERTON, County of ORANGE

**QUALITY LOAN SERVICE CORPORATION** , as Trustee, (whereas so designated in the Deed of Trust
hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

**U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of ORANGE,
State of California, described as follows:

**PARCEL 1: LOT 42 OF TRACT NO. 16135, IN THE CITY OF FULLERTON, COUNTY OF ORANGE,
STATE OF CALIFORNIA, AS SHOWN ON A MAP ("MAP") RECORDED IN BOOK 825, PAGES 12 TO
18 INCLUSIVE OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.
EXCEPTING THEREFROM A/AN 50% INTEREST IN ALL OIL, OIL RIGHTS, NATURAL GAS**
When recorded mail and send tax statement to:
Caliber Home Loans
Attention: Collateral Team
13801 Wireless Way
Oklahoma City, OK 73134-2500

THIS INSTRUMENT IS RECORDED AT THE
REQUEST OF SERVICELINK AS AN
ACCOMMODATION ONLY. IT HAS NOT BEEN
EXAMINED AS TO ITS EXECUTION OR AS
TO ITS EFFECTS UPON TITLE.

EXHIBIT B

TS No.: CA-17-770718-AB

RIGHTS, MINERAL RIGHTS, ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER
NAME KNOWN, AND ALL RIGHTS THERETO, WITHOUT HOWEVER, ANY RIGHT TO ENTER
UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING
BENEATH A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED.
EXCEPTING THEREFROM A/AN 50% INTEREST IN ALL OIL, OIL RIGHTS, NATURAL GAS
RIGHTS, MINERAL RIGHTS, ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER
NAME KNOWN, AND ALL RIGHTS THERETO, WITHOUT HOWEVER, ANY RIGHT TO ENTER
UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING
BENEATH A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED. PARCEL
2: NON-EXCLUSIVE EASEMENTS FOR ACCESS, DRAINAGE, ENCROACHMENT, MAINTENANCE
AND REPAIR, ALL AS MAY BE SHOWN ON THE MAP AND AS DESCRIBED IN THE MASTER
DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF
EASEMENTS FOR AMERIGE HEIGHTS ("MASTER DECLARATION"), RECORDED JUNE 21, 2002,
AS INSTRUMENT NO. 02-522398, AND THE NOTICE OF ADDITION OF PHASE AND
SUPPLEMENTAL MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS
AND RESERVATIONS OF EASEMENTS FOR AMERIGE HEIGHTS TALMEDGE, PHASE 10 LOTS 41
THROUGH 46, INCLUSIVE, 90, 95, 109 AND MASTER COMMON AREA LOTS E, F, G, H, I, J AND K
OF TRACT NO, 16135, AND LOT B OF TRACT NO. 16205) RECORDED JULY 1, 2003, AS
INSTRUMENT NO. 03-775473 ("NOTICE OF ADDITION"), BOTH OF OFFICIAL RECORDS OF
ORANGE COUNTY, CALIFORNIA. PARCEL 3: EXCLUSIVE USE EASEMENT FOR SIDEYARD
PURPOSES, AS APPLICABLE, AS DESCRIBED AND ASSIGNED IN THE MASTER DECLARATION.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by DOO.M.
KO , AN UNMARRIED MAN, as trustor, dated 7/2/2007, and recorded on 7/9/2007 as instrument number
2007000427193    of Official Records in the office of the Recorder of ORANGE, California, under the authority
and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having
occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust
recorded on 5/17/2017, instrument no 2017000202339, Book XXX, Page XXX, of Official records. The Trustee of
record at the relevant time having complied with all applicable statutory requirements of the State of California and
performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within
ten/thirty days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail,
postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the
Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of
Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the
posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 9/25/2017 at the place named in the Notice of Sale, in
the County of ORANGE, California, in which the property is situated. The foreclosing beneficiary, being the
highest at such sale, became the purchaser of said property and paid therefore to said trustee the amount being
$1,425,631.44 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured
by said Deed of Trust and instructed said trustee to vest this Trustee's Deed Upon Sale to said Grantee

When recorded mail and send tax statement to:
Caliber Home Loans
Attention: Collateral Team
13801 Wireless Way
Oklahoma City, OK 73134-2500

QUALITY MAY BE CONSIDERED A DEBT COLLECTOR ATTEMPTING TO COLLECT
A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

TS No.: CA-17-770718-AB

Date: *10-3-2017*

QUALITY LOAN SERVICE CORPORATION

By: Dorian Bradley, Assistant Secretary

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed
the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of: **California**

County of: **San Diego**

On ___ OCT 0 3 2017 ___ before me, ___ Katherine A. Davis ___ a notary public, personally
appeared *Dorian Bradley*, who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under *PENALTY OF PERJURY* under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.                                        (Seal)

Signature _____
               Katherine A. Davis

KATHERINE A. DAVIS
COMM. #2095368
Notary Public - California
San Diego County
My Comm. Expires Dec. 29, 2018

Notice to Any Renters Living At

2244 Shapiro Street, Fullerton, CA 92833

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Internet Web site (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

This cover sheet is being provided in accordance with California Code of Civil Procedure §1161c.

EXHIBIT C

## NOTICE TO VACATE

TO:        Doo M. Ko; and all tenants, subtenants, and others in possession

ADDRESS:   2244 SHAPIRO STREET, FULLERTON, CA 92833, and as more particularly
described as Assessor Parcel Number 280-331-67, and as set forth in the legal description
attached hereto as Exhibit "A" and incorporated herein by this reference.

The above-referenced real property ("Property") was sold at a foreclosure sale. The new owner
seeks to recover possession of the Property in good faith to market and sell the Property.

Within **three (3) days** after service of this notice, you are hereby required to vacate and deliver
possession of the Property to the undersigned unless you are a residential tenant or subtenant.

If you are a residential tenant or subtenant, then you must vacate the Property within **ninety (90)
days** after service of this notice _unless_ you are holding possession of the Property under a fixed
term lease entered into before transfer of title at the foreclosure sale in which case you must
vacate the Property at the end of the lease term, or ninety (90) days after service of this notice,
whichever occurs later.

To be considered a fixed term lease, _all_ of the following conditions must exist: (1) you are not
the mortgagor or the child, spouse, or parent of the mortgagor; (2) your lease was the result of an
arms' length transaction; (3) the lease requires the receipt of rent that is not substantially less
than fair market rent for the Property, except when the rent is reduced or subsidized due to a
federal, state or local subsidy or law; and (4) no party to the promissory note remains in the
Property as a tenant, subtenant or occupant.

If you claim to be a tenant or subtenant, within three days after service of this notice, please
notify the undersigned in writing of your tenancy and provide the undersigned with the following
information: (a) a copy of your lease or rental agreement, or if you do not have a written lease or
rental agreement, please provide a written explanation of the terms of the agreement under which
you occupy the Property, including without limitation, the date you entered into the agreement,
the names of all parties who entered into the agreement, the term of the agreement, the amount of
monthly rent, the utilities paid by the landlord (if any), the amount of your security deposit (if
any), and whether you receive assistance under the U.S. Department of Housing and Urban
Development's (HUD) Section 8 Housing Program; (b) proof of your last rental payment and
any security deposit; (c) a list of any conditions at the Property that require repair; and (d)
whether you are the child, spouse, or parent of the mortgagor.

If you are a residential tenant who rented the Property before the foreclosure sale, you have a
right to request that the new owner or its authorized agent make an initial inspection of the
Property to determine its condition before you vacate, and you have the right to be present during
the inspection. The purpose of the inspection is to allow you an opportunity to remedy identified
deficiencies or damage to the Property, if any, caused by you. If you wish to have such an
inspection, please contact the undersigned as soon as possible. If you request an inspection, you
will be given 48 hours advance notice of the inspection, but you may waive in writing the
required 48 hours' notice and have the inspection done sooner.

If you are a tenant who rented the Property before the foreclosure sale, you are notified of the following: State law permits former tenants to reclaim abandoned personal property left at the former address of the tenant, subject to certain conditions. You may or may not be able to reclaim personal property without incurring additional costs, depending on the cost of storing the personal property and the length of time before it is reclaimed. In general, these costs will be lower the sooner you contact the owner of the Property after being notified that personal property belonging to you was left behind after you moved out.

This notice constitutes a notice to quit pursuant to California Code of Civil Procedure sections 1161a and 1161b and a notice of termination of tenancy/non-renewal of lease as to any tenancies that survived the foreclosure sale.

## IMPORTANT NOTICE FOR SERVICEMEMBERS AND THEIR DEPENDENTS

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard

- Active service with the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency declared by the President and supported by Federal funds

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration

- Active service as a commissioned officer of the Public Health Service

- Service with the forces of a nation with which the United States is allied in a war or military action

- Service by a citizen of the United States with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

For more information on SCRA, please contact the undersigned at (858) 224-6800.

DATED: May 17, 2018                    NAIMAN LAW GROUP,
                                       Professional Corporation

                                       _____
                                       By: Randall D. Naiman, Esq.
                                       Attorneys for the new owner: U.S. Bank
                                       Trust, N.A., as Trustee for LSF9 Master
                                       Participation Trust
                                       4660 La Jolla Village Drive, Suite 650
                                       San Diego, CA 92122
                                       Telephone: (858) 224-6800
                                       Facsimile: (858) 224-6801

**CALIFORNIA PENAL CODE SECTION 594** reads as follows: "Every person who maliciously injures or destroys any real or personal property not his/her own, in cases otherwise than such as are specified in this Code, is guilty of a misdemeanor."

EXHIBIT "A"

PARCEL 1: LOT 42 OF TRACT NO. 16135, IN THE CITY OF FULLERTON, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP ("MAP") RECORDED IN BOOK 825, PAGES 12 TO 18 INCLUSIVE OF MISCELLANEOUS MAPS,  RECORDS OF ORANGE COUNTY, CALIFORNIA. EXCEPTING THEREFROM A/AN 50% INTEREST IN ALL OIL, OIL RIGHTS, NATURAL GAS

RIGHTS, MINERAL RIGHTS,  ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL RIGHTS THERETO, WITHOUT HOWEVER,  ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING BENEATH A  DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED. EXCEPTING THEREFROM A/AN 50% INTEREST IN ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS,  ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL RIGHTS THERETO, WITHOUT HOWEVER,  ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING BENEATH A DEPTH OF 500 FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED.  PARCEL 2: NON-EXCLUSIVE EASEMENTS FOR ACCESS, DRAINAGE, ENCROACHMENT, MAINTENANCE AND REPAIR, ALL AS MAY BE  SHOWN ON THE MAP AND AS DESCRIBED IN THE MASTER DECLARATION OF COVENANTS, CONDITIONS AND  RESTRICTIONS AND RESERVATION OF EASEMENTS FOR AMERIGE HEIGHTS ("MASTER DECLARATION"), RECORDED  JUNE 21, 2002, AS INSTRUMENT NO. 02-522398, AND THE NOTICE OF ADDITION OF PHASE AND SUPPLEMENTAL  MASTER DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATIONS OF EASEMENTS FOR  AMERIGE HEIGHTS TALMEDGE, PHASE 10 LOTS 41 THROUGH 46, INCLUSIVE, 90, 95, 109 AND MASTER COMMON AREA LOTS E, F, G, H, I, J AND K OF TRACT NO. 16135, AND LOT B OF TRACT NO. 16205) RECORDED  JULY 1, 2003, AS INSTRUMENT NO. 03-775473 ("NOTICE OF ADDITION"), BOTH OF OFFICIAL RECORDS OF ORANGE COUNTY, CALIFORNIA.  PARCEL 3:  EXCLUSIVE USE EASEMENT FOR SIDEYARD PURPOSES, AS APPLICABLE, AS DESCRIBED AND ASSIGNED IN THE MASTER DECLARATION.

| Attorney of Party Without Attorney (Name and Address)<br>Randall D. Naiman, Esq. - (SBN 81048)<br>4660 La Jolla Village Drive, Suite 650<br>San Diego        CA        92122<br>Attorney For: PLAINTIFF | Telephone No:<br>(858)224-6800<br>Reference Number:<br>3737623        77.280 | FOR COURT USE ONLY |
|---|---|---|

| Plaintiff/Petitioner:    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br>Defendant/Respondent:    Doo M. Ko, et al. |
|---|

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>NOTICE |
|---|---|---|---|---|

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate and Coversheet; Exhibit "A"

On the following tenant(s): Doo M. Ko

Address:    2244 Shapiro Street
            Fullerton, CA 92833

Date and Time of Posting:  5/18/2018 at 11:32am.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $  · $45.00

Sheri Gonzalez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  6999
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/22/2018

(Signature)

| Attorney of Party Without Attorney (Name and Address)<br>*Randall D. Naiman, Esq. - (SBN 81048)*<br>4660 La Jolla Village Drive, Suite 650<br>San Diego          CA          92122<br>Attorney For: PLAINTIFF | Telephone No:<br>(858)224-6800 | FOR COURT USE ONLY |
|---|---|---|
| | Reference Number:<br>3737824          77280 | |

| Plaintiff/Petitioner:    U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br>Defendant/Respondent:    Doo M. Ko, et al. | | | | |
|---|---|---|---|---|
| **PROOF OF SERVICE** | Hearing Date:<br>/ | Time: | Dept/Div.: | Case Number:<br>NOTICE |

I, the undersigned declare that at the time of the service of the papers herein referred to, I was at least EIGHTEEN (18) years of age, and that I served the following notice:

Notice to Vacate and Coversheet; Exhibit "A"

On the following tenant(s): All Occupants in Care of the Named Tenant

Address:    2244 Shapiro Street
            Fullerton, CA 92833

Date and Time of Posting:  5/18/2018 at 11:32am.

There being no person of suitable age or discretion to be found at the property, and a business address could not be ascertained, service was effected BY POSTING a copy for the above-named entity(s) in a conspicuous place on the property therein described, and thereafter by MAILING by first-class mail on said date a copy to each entity(s) by depositing said copies in the U.S. Mail in a sealed envelope with postage fully pre-paid, addressed to the above-named entity(s) at the place where the property is situated.

7. Person Serving  (name, address, and telephone No.):

**Attorney Service of San Dimas**
142 East Bonita Avenue, #51
San Dimas, CA 91773
(909)394-1202 Fax (909)394-1204

Fee for service: $    $0.00

Sheri Gonzalez
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.: 6999
(iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/22/2018

(Signature)

1

## CERTIFICATE OF SERVICE

2

3    I am over the age of 18 and not a party to this action.

4    I am a resident of or employed in the county where the mailing occurred; my business address
is: 1351 S Grove Ave, Ontario, CA 91761

5

6    On 11/28/2018, I served the foregoing document(s) described as:

7    Notice of Removal to the following parties:
Naiman Law Group, Professional Corporation
8    4660 La Jolla Village Drive, Suite 650
San Diego, CA 92122

9

10

11    [ x ] (By U.S. Mail) I deposited such envelope in the mail at Ontario, CA with postage
thereon fully prepaid. I am aware that on motion of the party served, service is
12    presumed invalid if postal cancellation date or postage meter date is more than one
day after date of deposit for mailing in affidavit.

13

14    [   ] (By Personal Service) I caused such envelope to be delivered by hand via messenger
service to the address above;

15

16    [   ] (By Facsimile) I served a true and correct copy by facsimile during regular business
hours to the number(s) listed above. Said transmission was reported complete and
17    without error.

18    I declare under penalty of perjury under the laws of the State of California that the

19    foregoing is true and correct.

20

21    Dated: 11/28/2018

22                                                 David.

23                                        _____
                                                 David Park

24

25

26

27

28

B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>U.S. BANK TRUST, N.A. AS TRUSTEE FOR<br>LSF9 MASTER PARTICIPATION TRUST | **DEFENDANTS**<br>DOO M. KO; YOUNG LEE; and DOES 1-6,<br>inclusive |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Randall D. Naiman, Esq.(#81048) Naiman Law Group<br>4660 La Jolla Drive, Suite 650<br>San Diego, CA 92122 | **ATTORNEYS** (If Known)<br>N/A |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☒ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Notice of Removal

FILED
NOV 2 8 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
(other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☒ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court
if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Young Lee | BANKRUPTCY CASE NO.<br>#: 2:14-bk-26377-SK | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Sandra Klein |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | |
|---|---|
| DATE<br>11/28/2018 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Young S. Lee |

## INSTRUCTIONS

    The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

    A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

    The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.